1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| MARTHA GABRIELA SILVA, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CREDIT ONE BANK, N.A., | Case No. 3:16-cv-00651-DMS-DHB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CASES** |
|---|---|

Pursuant to Federal Rules of Civil Procedure Rule 41(1)(a)(2), the Court GRANTS the parties' joint motion to dismiss the following cases **with prejudice:**

Jones v. Credit One Bank, N.A., 3:16-cv-00940-DMS-DHB;

Dorsey v. Credit One Bank, N.A., 3:16-cv-00915-DMS-DHB;

Gill v. Credit One Bank, N.A., 3:16-cv-00913-DMS-MDD;

Harris v. Credit One Bank, N.A., 3:16-cv-00908-DMS-DHB;

Byers v. Credit One Bank, N.A., 3:16-cv-00904-DMS-DHB;

Bare v. Credit One Bank, N.A., 3:16-cv-00710-DMS-DHB;

Chism v. Credit One Bank, N.A., 3:16-cv-00672-DMS-DHB;

Gomez v. Credit One Bank, N.A., 3:16-cv-00659-DMS-DHB;

Lawrence v. Credit One Bank, N.A., 3:16-cv-00658-DMS-DHB; and

Silva v. Credit One Bank, N.A., 3:16-cv-00651-DMS-DHB.

Case No. 3:17cv2299 DMS (JMA)

And the following case to be dismissed **without prejudice:**

    Garcia v. Credit One Bank, N.A., 3:16-cv-00706-DMS-DHB.

    **IT IS SO ORDERED.**

Dated:  March 20, 2019

_____
Hon. Dana M. Sabraw
United States District Judge